DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

J. STANFORD LIFSEY,

Petitioner,

v.

SHUMAKER, LOOP & KENDRICK, LLP and VICTORY
LOFTS AT CHANNELSIDE CONDOMINUM
ASSOCIATION, INC.,

Respondents.

No. 2D2025-3202
_____

April 29, 2026

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Paul Huey, Judge.

J. Stanford Lifsey, pro se.

Duane A. Daiker of Shumaker, Loop & Kendrick, LLP, Tampa, for
Respondent Shumaker, Loop & Kendrick, LLP.

No appearance for Respondent Victory Lofts at Channelside
Condominium Association, Inc.

PER CURIAM.

Dismissed as moot. *See State Farm Fla. Ins. Co. v. Bellamy*, 302
So. 3d 1081, 1082 (Fla. 1st DCA 2020) ("On appeal, a case is moot
where, by a change of circumstances prior to the appellate court's
decision, the judiciary is unable to grant any effectual relief." (first citing
*Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992); and then citing

*Montgomery v. Dep't of Health & Rehab. Servs.*, 468 So. 2d 1014, 1016 (Fla. 1st DCA 1985))); *see also Godwin,* 593 So. 2d at 212 ("A moot case generally will be dismissed.").

LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.